IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN,                                                              PLAINTIFF
ADC #138119

v.                  CASE NO. 5:18-CV-00093 BSM

GRIFFIN, Lieutenant, et al.,
Cummins Unit, ADC                                                 DEFENDANTS

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 13] and Joshua Stricklin's objections [Doc. No. 15] have been reviewed. After *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Stricklin's complaint and two amended complaints [Doc. Nos. 3, 6, 8] are dismissed without prejudice, and Stricklin's motion for summary judgment [Doc. No. 11] is denied as moot. The dismissal of this case shall be counted as a strike, pursuant to 28 U.S.C. section 1915(g). It is hereby certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 29th day of October 2018.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE